IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANDREW LEE HILL,                                                         Plaintiff

v.                              2:12CV00144 BSM/JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,[1]                                              Defendant

**ORDER**

Although the complaint in this case was filed July 23, 2012, no return of service has been filed indicating that proper service has been obtained on Defendant.

Under these circumstances, the complaint is subject to dismissal. Fed.R.Civ.P. 4(m); Bryant v. Brooklyn Barbecue Corp., 932 F.2d 697 (8th Cir.), cert. denied, 502 U.S. 1005 (1991); Ouzts v. Cummins, 825 F.2d 1276 (8th Cir. 1987).

Plaintiff must obtain service on defendant within 30 days of the date of this Order, or the complaint will be dismissed.

IT IS SO ORDERED.

DATED this 20th day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. She is therefore substituted for Michael J. Astrue pursuant to Fed.R.Civ.P. 25(d).