**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**ANDREW LEE HILL**                                                                                        **PLAINTIFF**

**v.**                                    **CASE NO. 2:12CV00144 BSM**

**CAROLYN W. COLVIN**                                                                              **DEFENDANT**

**ORDER**

The recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney has been received without objection. After carefully reviewing the recommended disposition, it is approved and adopted in its entirety. Accordingly, plaintiff Andrew Lee Hill's request for relief is denied, the decision of the commissioner is affirmed, and this case is dismissed with prejudice.

It is a tough day at the social security administration when a half-blind man with severe mobility problems is told to get off his dead-dog behind and get a job. Despite serious reservations about the Administrative Law Judge's decision, the function of the district court on appeal is not to weigh the facts. It is merely to determine whether the ALJ followed the correct procedure and made decisions that were supported by substantial evidence. Because the ALJ met these two standards, his decision is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 26th day of March 2015.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE