# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ANDREW LEE HILL**                                                                                    **PLAINTIFF**

**v.**                            **CASE NO. 2:12CV00144 BSM**

**CAROLYN W. COLVIN**                                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE